# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00199-CV

**J.Q. Adams American Legion Post 223, Appellant**

**v.**

**Barbara Gallimore, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 187,337-B, HONORABLE RICK MORRIS, JUDGE PRESIDING

The parties have notified this Court that they have settled their dispute and will not pursue the appeal any further. We therefore dismiss the appeal. Tex. R. App. P. 42.1(a)(1).

Mack Kidd, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed on Court=s Motion

Filed: May 23, 2002

Do Not Publish